**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 122 MAL 2023

        Respondent              :

                                      :    Petition for Allowance of Appeal
                                      :    from the Order of the Superior Court

        v.                           :

                                        :

KENNETH HAYWOOD HARRIS, JR.,      :

                                        :

        Petitioner               :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 25th day of July, 2023, the Petition for Allowance of Appeal is **DENIED**.